IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

**JUDGE CAROLINE M. CRAVEN**
**COURTROOM DEPUTY/ECRO LYNN SIEBEL**

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V | § | 5:14CR5 |
| | § | |
| KENNETH JOHN SAMANSKY (1) | § | |
| SHELLEY LYNN SAMANSKY (2) | § | |

**ATTORNEY FOR PLAINTIFF: RYAN LOCKER, AUSA**
**ATTORNEY FOR DEFENDANT: JASON HORTON, RETAINED FOR KENNETH JOHN SAMANSKY (1); CRAIG BASS, APPOINTED FOR SHELLEY LYNN SAMANSKY (2)**

06/05/14

On this day, came the parties by their attorneys, the following proceedings were held in Texarkana, TX:

| TIME | MINUTES |
| --- | --- |
| 10:32 am | Matter called for Change of Pleas. |
| | Attorney announcements.  Parties agree to have Change of Plea hearings at the same time. |
| | Defendants placed under oath. |
| | Defendants informed of rights. |
| | Defendants consent to proceed before the U. S. Magistrate for Change of Plea. (Consent forms signed.) |
| | Defendants have discussed facts of case with counsel and are satisfied that Defense counsel has fully considered case. |
| | Elements of Offense.   Defendants understand elements. |
| | Defendants informed of range of punishment. |
| | 11(c)1(C) |
| | Presentence report and sentencing guidelines will be reviewed by District Judge. |

|  | |
|---|---|
|  | By pleading guilty to a felony you may lose certain civil rights and benefits. |
|  | Plea Agreements.  Defendants confirm signatures.  Mr. Locker summarizes terms of plea agreements and maximum probation range.  Parties have no agreement as to penalty if falls within terms in plea agreement.  Parties will argue at sentencing hearing after presentence report prepared.  Defendants accept the terms.  Filed of record. |
|  | Defendants are not currently under influence of drug or alcohol and are thinking clearly. |
|  | Factual Resumes.  Defendants have read and signed.  Statements are true and correct and describe your participation in the offense.  Conduct meets the elements of the offense.  Filed of record. |
|  | Pleas are voluntary. |
|  | Defendants enter plea of guilty to count 1 of the Indictment.  Defendants are competent and capable of entering pleas.  Findings of Fact will be sent to Judge Schneider.  14 days to object. |
|  | Presentence report will be issued.  Right to objections.  Set for sentencing. |
|  | Defendants released on same conditions of release until sentencing. |
| 11:00 | Conditions of Release modified for Defendants to seek permission to travel outside the district.  Adjourn. |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |
|  | |