IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 5:14-CR-05-01 |
| | § | JUDGES SCHNEIDER/CRAVEN |
| KENNETH JOHN SAMANSKY (01) | § | |

## FACTUAL RESUME

Investigation by the United States Secret Service disclosed the following facts that establish that I, the Defendant, **Kenneth John Samansky**, committed the conduct described in Count 1 of the indictment, which charges a violation of 18 U.S.C. § 472, possession of counterfeited obligations of the United States and aiding and abetting.  I agree that the following factual basis is true and correct:

1. On March 11, 2014, in Bowie County, in the Eastern District of Texas, I knowingly and voluntarily possessed counterfeited $100 U.S. currency bills.  I attempted to pass one of those counterfeit bills at a convenience store in Bowie County.  I knew that those bills were counterfeit and I possessed them with the intent to defraud, that is, intending to cheat someone by making that person think the money was real.

2. I acknowledge that these acts constitute a violation of 18 U.S.C. § 472, possession of counterfeited obligations of the United States and aiding and abetting.  I hereby stipulate that the facts described above are true and correct and I accept them as the uncontroverted facts of this case.

Dated: 6-5-14

_____
Kenneth John Samansky
Defendant

### Defendant's counsel's signature and acknowledgment:

I have read this Factual Resume and the Plea Agreement in this matter and have reviewed them with my client, Kenneth John Samansky. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Resume and the Plea Agreement and that he is signing this Factual Resume voluntarily.

Dated: 6·5·14

_____
Jason Horton
Attorney for Defendant

Factual Resume - 2